# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 38-2

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SAUDEL BENITEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 15] filed by Jack W. Stewart Jr., counsel for Defendant Saudel Benitez.

Upon review of the motion, it appears Steven E. Amster is a member in good standing with the Florida Bar and will be appearing with Jack W. Stewart Jr., a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 15]. The Court **ADMITS** Steven E. Amster to practice *pro hac vice* before the Court while associated with local counsel.

Further, the Court **GRANTS** in part and **DENIES** in part Attorney Amster's Motion for Leave to Appear [# 14]. The Court will allow Attorney Amster to represent Defendant Benitez but not co-defendant Yasmel Lobaco.

Signed: May 21, 2018

Dennis L. Howell
United States Magistrate Judge