IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-CR-00038-MR-WCM-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (2) SAUDEL BENITEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte*.

To this date, the Defendant remains a fugitive with no recent activity taking place in the case. Accordingly, the Court finds that this case should be administratively closed as to the above-captioned Defendant.

**IT IS, THEREFORE, ORDERED** that this case is hereby administratively closed pending the apprehension or appearance of the above-captioned Defendant.

**IT IS SO ORDERED.**

Signed: January 15, 2021

Martin Reidinger
Chief United States District Judge